**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**BARBARA KIMBLE,**

        **Petitioner,**

v.                                **Civil Action No. 1:07cv104
Criminal Action No. 1:06cr21(2)
(Judge Keeley)**

**UNITED STATES OF AMERICA,**

        **Respondent.**

## ORDER GRANTING EXTENSION OF TIME

For good cause shown, the respondent's Motion for an Extension of Time to File its Response (dckt. 6/76) is **GRANTED**. The respondent shall file a response to the petitioner's § 2255 motion on or before **November 6, 2007**.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

DATED: September 5, 2007.

                                                          /s *John S. Kaull*
                                                          JOHN S. KAULL
                                                          UNITED STATES MAGISTRATE JUDGE