**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**BARBARA KIMBLE,**

        Petitioner,

v.                                         **Civil Action No. 1:07cv104**
                                              **Criminal Action No. 1:06cr21(2)**
                                              **(Judge Keeley)**

**UNITED STATES OF AMERICA,**

        Respondent.

## ORDER GRANTING EXTENSION OF TIME

For good cause shown, the petitioner's Motion for an Extension of Time to File a Reply (dckt. 9/79) is **GRANTED**. The petitioner shall file her reply on or before **December 28, 2007**.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

DATED: November 29, 2007.

                                                          **/s *John S. Kaull***
                                                          JOHN S. KAULL
                                                          UNITED STATES MAGISTRATE JUDGE