# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**BARBARA KIMBLE,**

      Petitioner,

v.                                         **Civil Action No. 1:07cv104**
                                               **Criminal Action No. 1:06cr21(2)**
                                               **(Judge Keeley)**

**UNITED STATES OF AMERICA,**

      Respondent.

## ORDER GRANTING EXTENSION OF TIME

For good cause shown,[1] the petitioner's Motion for an Extension of Time to File a Reply (dckt. 11/81) is **GRANTED**. The petitioner shall have an additional sixty (60) days, or until **February 26, 2008**, to file her reply.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner and to transmit a copy of this Order to counsel of record by electronic means.

DATED: December 18, 2007.

                                                 *John S. Kaull*
                                               JOHN S. KAULL
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] The petitioner has been ill and unable to make her scheduled time at the law library. In addition, the petitioner has requested documents from the probation office and the Bureau of Prisons to support her petition, but has not yet received those documents.